IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
AUG -5 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:25 CR 00375 |
| ) | Title 18, United States Code, |
| GERREN PHILLIPS, ) | Section 922(g)(1) & 924(a)(8) |
| ) | |
| Defendant. ) | **JUDGE CALABRESE** |

COUNT 1
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. § 922(g)(1) and 924(a)(8))

The Grand Jury charges:

On or about March 14, 2025, in the Northern District of Ohio, Eastern Division, the Defendant, GERREN PHILLIPS, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Involuntary Manslaughter, Case CR-06-476600 on or about April 26, 2006, in the Cuyahoga County Court of Common Pleas, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Taurus G2C, 9mm handgun bearing serial number 1C163358, and ammunition, said firearms and ammunition having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code Section, 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant GERREN

PHILLIPS shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 1; including, but not limited to, the following a Taurus G2C, 9mm handgun bearing serial number 1C163358, and ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.